[S. F. No. 12406.   In Bank.—February 10, 1927.]

A. L. WESSELS, Petitioner, v. THE SUPERIOR COURT OF THE COUNTY OF MENDOCINO, Respondent.

[1] CONTEMPT—REVIEW OF PROCEEDINGS—REMEDIES.—The remedy of one charged with contempt of court is to first present his defense upon a hearing of the contempt proceedings, and then, if found guilty of the contempt, to apply to a higher court for a writ of *certiorari* or *habeas corpus*.

(1) 13 **C. J.**, p. 101, n. 64; 29 **C. J.**, p. 97, n. 20; 32 **Cyc.**, p. 610, n. 81.

APPLICATION for a Writ of Prohibition to prevent the Superior Court of Mendocino County from committing petitioner for contempt of court.   Writ denied.

Charles A. Shurtleff and W. D. L. Held for Petitioner.

THE COURT.—The application for a writ of prohibition herein is denied.

[1] The remedy of the petitioner is to first present his defense upon the hearing of the contempt proceedings and

then, if found guilty of the contempt, to apply to a higher court for a writ of *certiorari* or *habeas corpus.* (*Commercial Bank* v. *Superior Court,* 192 Cal. 395, 397 [220 Pac. 422]; *Drew* v. *Superior Court,* 43 Cal. App. 651, 655 [185 Pac. 680].)